77 A.3d 1185

IN THE MATTER OF MARC PRENTISS FELDMAN, AN
ATTORNEY AT LAW (ATTORNEY NO. 026301987).

October 29, 2013.

## ORDER

This matter have been duly presented pursuant to *Rule* 1:20–10(b), following the granting of a motion for discipline by consent in DRB 13–160 of **MARC PRENTISS FELDMAN** of **MORRIS PLAINS,** who was admitted to the bar of this State in 1988;

And the District XA Ethics Committee and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 1.2(a) (a lawyer shall abide by a client's decision concerning the scope and objectives of the representation), *RPC* 1.5(a) (unreasonable fee), and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation);

And the parties having agreed that respondent's conduct violated *RPC* 1.2(a), *RPC* 1.5(a) and *RPC* 8.4(c), and that said conduct warrants a censure or lesser discipline;

And the Disciplinary Review Board having found that respondent violated only *RPC* 8.4(c), the sole violation supported by the stipulated facts, and that a censure is the appropriate discipline for respondent's unethical conduct and having granted the motion for discipline by consent in District Docket No. XA –2011–0020E;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **MARC PRENTISS FELDMAN** of **MORRIS PLAINS** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.